**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Case No. _____ - Civ _____

SALLIE A. CUMMINGS,

    Plaintiff,

vs.

RUSHMORE LOAN MANAGEMENT
SERVICE, a foreign limited liability company,
and U.S. BANK, N.A., AS TRUSTEE FOR
RMAC TRUST, SERIES 2016-CTT,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, U.S. Bank, N.A., as Trustee for RMAC Trust, Series 2016-CTT, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of a matter pending before the Circuit Court of the Fifth Judicial Circuit in and for Hernando County, Florida, to the United States District Court for the Middle District of Florida, and states as follows:

### PROCEDURAL BACKGROUND

*1.* On April 28, Plaintiff, SALLIE A. CUMMINGS, ("Plaintiff" or "Cummings") commenced an action entitled *Sallie A. Cummings v. Rushmore Loan Management Service, a foreign limited liability company, and U.S. Bank, N.A., as Trustee for RMAC Trust, Series 2016-CTT* ("Defendant" or "U.S. Bank"), docketed as case number 2017-CC-000637, against U.S. Bank which is currently pending in the Circuit Court of the Fifth Judicial Circuit in and for Hernando County, Florida (the "State Action"). U.S. Bank was served with the Summons and Complaint on June 9, 2017.

1

2. Pursuant to 28 U.S.C. §1446 and Local Rule 7.2 of the Middle District of Florida, true and correct copies of all process, pleadings, motions and orders in connection with the State Action including Plaintiff's Complaint that have been served upon or otherwise sent to U.S. Bank are filed contemporaneously here with this Notice of Removal.

3. In its Complaint, Plaintiff alleges that Defendants have violated the Florida Consumer Practices Act §559.72 (the "**FCCPA**"), the Fair Debt Collection Practices Act ("**FDCPA**") 15 U.S.C. § 1692a, *et. seq.,* and the Telephone Consumer Protection Act ("**TCPA**") 47 U.S.C. § 227, *et. seq.*, based upon both telephone and written communications Defendants sent to Plaintiff.

4. Since U.S. Bank was served with the Summons and Complaint from the State Action on June 9, 2017, this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b) as thirty days has not expired since Plaintiff's service of its Summons and Complaint upon U.S. Bank. *See* 28 U.S.C. § 1446(b).

## JURISDICTION AND VENUE

5. This Court has jurisdiction over Plaintiff's State Action and Complaint against Rushmore under 28 U.S.C. § 1331(a)(1).

6. This case is subject to removal pursuant to 28 U.S.C. § 1441.

7. Venue is proper pursuant to ¶ 4 of the Plaintiff's Complaint, which alleges that Plaintiff is and was a resident of Hernando County, Florida. Further, the alleged conduct giving rise to the Plaintiff's action occurred in Hernando County, Florida. Pursuant to 28 U.S.C. § 1446(a), the United States District Court for the Middle District of Florida, Tampa Division is the district and division in which the State Action is pending since Hernando County, Florida lies within its jurisdiction. *See* 28 U.S.C. § 89(a).

8. U.S. Bank will promptly serve notice of the filing of this Notice of Removal to all parties of record in the State Action upon filing of the Notice of Removal with the Clerk of Court for the Fifth Judicial Circuit in and for Hernando County, Florida pursuant to 28 U.S.C. § 1446(d).

## BASIS FOR REMOVAL JURISDICTION

9. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, law, or treaties of the United States."

10. Plaintiff has alleged in her Complaint that the Defendant has violated the FDCPA, 15 U.S.C. § 1692 *et. seq.,* and the Telephone Consumer Protection Act ("**TCPA**") 47 U.S.C. § 227, *et. seq.*, based upon both telephone and written communications Defendant sent to Plaintiff.

11. Accordingly, U.S. Bank is entitled to remove the State Action to the U.S. District Court for the Middle District of Florida.

12. U.S. Bank reserves the right to supplement this Notice of Removal and/or to present additional arguments and exhibits in support of its entitlement to removal.

13. No admission of fact, law or liability is intended by this Notice of Removal and all defenses, affirmative defenses, and motions are hereby reserved by U.S. Bank.

WHEREFORE, Defendant, U.S. Bank, N.A., as Trustee for RMAC Trust, Series 2016-CTT, respectfully requests that the above described State Action, currently pending in the Circuit Court of the Fifth Judicial Circuit, Hernando County, Florida, be removed to the United States District Court for the Middle District of Florida, Tampa Division.

Dated:  July 10, 2017.

/s/ Melissa A. Giasi_____
Melissa A. Giasi, Esq./Florida Bar No. 037807
KASS SHULER, P.A.
P.O. Box 800
Tampa, Florida 33601-0800
Tel:   (813) 229-0900
Primary: mgiasi@kasslaw.com
Secondary: cmesserschmidt@kasslaw.com