**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SALLIE A. CUMMINGS,**

          **Case No. 8:17-cv-1652-T-33MAP**

    **Plaintiff,**

v.

**RUSHMORE LOAN MANAGEMENT SERVICE, et al.**

    **Defendants.**
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Sallie A. Cummings, respectfully, by and through the undersigned counsel, hereby submit this Notice of Pending Settlement and state that Plaintiff and Defendants, Rushmore Loan Management Service and U.S. Bank, N.A., as Trustee for RMAC Trust, Series 2016-CTT, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully Submitted,

    THE LYONS LAW GROUP, P.A.

    /s/ Rebbecca A. Goodall
    Andrew M. Lyons, Esq.
    andy@lyonslawgroup.com
    Florida Bar No.: 0011288
    Rebbecca A. Goodall, Esq.
    rgoodall@lyonslawgroup.com
    Florida Bar No.: 0115344
    4103 Little Road
    New Port Richey, FL 34655
    (727) 375-8900; (727) 375-2334 (fax)
    Email Service: pleadings@lyonslawgroup.com
    Attorneys for Plaintiff, Sallie A. Cummings

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished on the 16th day of April 2018, via Cm/ECF notice to the following:

Yusuf Haiderman, Esq.,
Kass Shuler, P.A.
P.O. Box 800, 1505 N. Florida Ave
Tampa, FL 33601
yhaiderman@kasslaw.com
eserviceyeh@kasslaw.com
*Attorney for Defendants*

/s/ Rebbecca A. Goodall
Attorney